**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | |
|---|---|
| DAVIS AIKEN YAUN, derivatively on behalf of HERTZ GLOBAL HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN M. SCHERR, ALEXANDRA BROOKS, COLIN FARMER, JENNIFER FEIKIN, MARK FIELDS, VINCENT J. INTRIERI, GREG O'HARA, ANDREW SHANNAHAN, THOMAS WAGNER, and EVANGELINE VOUGESSIS,<br><br>Defendants,<br><br>and<br><br>HERTZ GLOBAL HOLDINGS, INC.,<br><br>Nominal Defendant. | Case No. 2:24-cv-00891-JLB-NPM |

**DEFENDANTS' AND NOMINAL DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER, MOVE TO DISMISS, OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Stephen M. Scherr, Alexandra Brooks, Colin Farmer, Jennifer Feikin, Mark Fields, Vincent J. Intrieri, Greg O'Hara, Andrew Shannahan, Thomas Wagner, and Evangeline Vougessis and Nominal Defendant Hertz Global Holdings, Inc. ("Defendants") hereby move for the same extension of time to answer, move to dismiss, or otherwise respond to the Complaint ("Unopposed Motion for Extension")

that Magistrate Judge Dudek recently ordered in a related case that is subject to a pending unopposed motion for consolidation with this case. On February 1, 2025, Magistrate Judge Dudek granted Defendants' motion for extension in *Roy v. Scherr, et al.*, Case No. 2:24-cv-0074-JLB-KCD, M.D. Fla. (Order, Dkt. 33), ruling that the "Court will set a deadline for Defendants to file a responsive pleading once the pending motion for consolidation is resolved." Defendants move for the same order in this case. Plaintiff does not oppose this Motion for Extension.

1. On August 14, 2024, plaintiff Anand Roy filed a putative verified shareholder derivative complaint. *Roy v. Scherr, et al.*, Case No. 2:24-cv-00744-JLB-KCD (M.D. Fla. Aug. 14, 2024) (Dkt. 1) (hereinafter the "*Roy*" case).

2. Plaintiff Davis Aiken Yaun commenced the above-captioned action by filing a putative verified shareholder derivative complaint (the "Complaint") on September 24, 2024 (Dkt. 1) (hereinafter the "*Yaun*" case).

3. On December 17, 2024, the plaintiff in the *Roy* case filed the Unopposed Motion to Consolidate the Related Shareholder Derivative Actions, Appoint Co-Lead Plaintiffs, and Appoint Co-Lead Counsel for Co-Lead Plaintiffs (*Roy*, Dkt. 22) ("Unopposed Motion to Consolidate"), which remains pending.

4. On December 20, 2024, Plaintiff requested all Defendants in the *Yaun* case to waive service of summons pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, and on the same day all Defendants provided waivers of the service of summons. (Dkts. 9-19.) Pursuant to Rule 4(d)(3) of the Federal Rules of Civil

Procedure, all Defendants' current deadline to respond to the Complaint is February 18, 2025.

5. Counsel for the Parties believe that an adjournment of Defendants' time to respond to the Complaint until after a decision on the pending Unopposed Motion to Consolidate would serve the interests of judicial economy.

6. Counsel for the Parties respectfully submit that an answer or motion responding to the current Complaint would be premature prior to a decision on the Unopposed Motion to Consolidate and the matters addressed therein. The consolidation motion proposes to combine this action and the substantially similar *Roy* action brought by a different shareholder, both purporting to seek the same relief on behalf of Nominal Defendant Hertz Global Holdings, Inc. Consolidation would ultimately result in a single set of pleadings (that would supersede the Complaint), with a single set of deadlines for both actions, with a single leadership structure for plaintiff(s) and plaintiffs' counsel for the combined case. In its recent order in the *Roy* case, the Court adjourned Defendants' deadline until after a decision on the pending consolidation motion. A similar adjournment of Defendants' time to answer here would avoid the need for Defendants to respond to a complaint that will be superseded if the Unopposed Motion to Consolidate is granted, permit a single coordinated deadline for all Defendants in both cases, and avoid piecemeal filings.

7. In addition, as set forth in the Unopposed Motion to Consolidate, the Parties have agreed that promptly after a ruling on that motion, the Parties will file a joint unopposed agreed motion for temporary stay of this action until a decision on

the pending motion to dismiss the related prior-filed case *Doller v. Hertz Global Holdings, Inc.*, Case No. 2:24-cv-513-JLB-KCD (M.D. Fla. filed May 31, 2024). An adjournment like the Court recently entered in the *Roy* case until after a decision on the consolidation motion would provide sufficient time for the parties to file, and for the Court to rule on, that anticipated joint unopposed motion to stay.

8. The Parties have conferred and agree that the obligation to respond to the Complaint should be deferred for all Defendants in light of the foregoing and in the interest of judicial efficiency.

9. No Parties have previously requested any extension of time in the above-captioned action.

Defendants therefore respectfully request that this Court grant their Unopposed Motion for Extension and enter the same order that Magistrate Judge Dudek entered in the related *Roy* case, ordering that the Court will set a deadline for Defendants to file a responsive pleading once the pending Unopposed Motion to Consolidate is resolved.

**<u>Local Rule 3.01(g) Certification</u>**

The Parties have conferred with each other and agree on the resolution of all the relief sought in this Unopposed Motion for Extension. No Party opposes this Motion.

Respectfully submitted this 4th day of February 2025, by:

**FOLEY & LARDNER LLP**

*/s/Michael P. Matthews*
Michael P. Matthews
Fl. Bar No. 63988
100 N. Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: (813) 229-2300
Facsimile: (813) 221-4210
Primary email: mmatthews@foley.com
Secondary email: dguillen@foley.com

**DAVIS POLK & WARDWELL LLP**
Edmund Polubinski (lead counsel)
(*pro hac vice* application forthcoming)
450 Lexington Avenue
New York, New York 10017
Tel: (212) 450-4000
edmund.polubinski@davispolk.com

*Counsel for Defendants Stephen M. Scherr, Alexandra Brooks, Colin Farmer, Jennifer Feikin, Mark Fields, Vincent J. Intrieri, Greg O'Hara, Andrew Shannahan, Thomas Wagner, and Evangeline Vougessis and Nominal Defendant Hertz Global Holdings, Inc.*